IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD MORRISON,

    Plaintiff,

v.                                            CASE NO. 4:05-cv-00172-MP-EMT

JAMES V CROSBY, JR,
MICHAEL W MOORE,
DANNY NUGENT,
HARRY K SINGLETARY,
BRENDA A WHITEHEAD,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as not stating a claim pursuant to 28 U.S.C. § 1915A. The plaintiff filed objections, doc. 22, which the Court has reviewed.

The plaintiff, who was sentenced to 15 years imprisonment in 1987, brings ex post facto, equal protection and due process challenges concerning the taking away of his gain time. First, he claims that the gain time statute was changed in 1988 to allow his gain time to be taken away for disciplinary problems and that application of this law to him constitutes an ex post facto violation. The Court agrees with the Magistrate Judge, however, that the law was changed in 1982, which predated Plaintiff's conviction. Thus, no ex post facto violation is possible. Also, the Court agrees that Plaintiff cannot bring his due process claim since the claim more appropriately fits within the ex post facto provision. Finally, the Court agrees with the

Magistrate Judge that plaintiff has alleged neither similarly situated prisoners who were treated differently or discriminatory intent on the part of the defendants.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge